```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DALE ROBERT JAVINO,

                    Appellant,                JUDGMENT
                                              CV-14-0891 (SJF)
         - against -

MARC A. PERGAMENT,

                    Appellee.
----------------------------------------------------------X
```

**FILED**
**CLERK**
5/7/2014 4:23 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on April 30, 2014, dismissing the appeal in its entirety pursuant to Rule 8001(a) of the Bankruptcy Rules, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that appellant take nothing of the appellee; that the appeal is dismissed in its entirety pursuant to Rule 8001(a) of the Bankruptcy Rules; and that this case is hereby closed.

Dated: Central Islip, New York
       May 7, 2014

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT

                                    By:       /s/ Catherine Vukovich
                                              Deputy Clerk